IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAEL GARDNER | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. L-11-1126 |
| CIA (CENTRAL INTELLIGENCE AGENCY) | * | |
| Defendant | * | |

## MEMORANDUM

On April 29, 2011, Lael Gardner filed the instant pro se Complaint. Plaintiff claims that the Central Intelligence Agency (CIA) has her house, place of employment, and children's school under surveillance and the CIA is controlling those who interact with her. She alleges that the CIA has been targeting her since she was a child by recruiting others to damage her person and property, including repeatedly breaking into her home. She seeks compensatory damages and an order directing that any satellite equipment and other equipment be removed from her home and vehicles. ECF No. 1.

A complaint that is totally implausible or frivolous may be dismissed sua sponte for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). See Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999); O'Connor v. United States, 159 F.R.D. 22 (D. Md. 1994); see also Crowley Cutlery Co. v. United States, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative). Accordingly, this Complaint is dismissed for lack of subject matter jurisdiction. A separate order follows.

May 12, 2011                                                   /s/
                                                               _____
                                                               Benson Everett Legg
                                                               United States District Judge